# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 20, 2018

## NO. 03-17-00758-CV

**Charles Holt, Mike Dixon, Tim Nations, and Leonel Acevedo, Appellants**

**v.**

**Texas Department of Insurance-Division of Workers' Compensation;
Commissioner Ryan Brannan, in his official capacity as DWC Commissioner;
the State of Texas through the Honorable Ken Paxton, in his official capacity
as Attorney General of Texas; and the City of Austin, Appellees**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, BOURLAND, AND TOTH
AFFIRMED -- OPINION BY JUSTICE BOURLAND**

This is an appeal from multiple orders signed by the trial court on October 30, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's orders. Therefore, the Court affirms the trial court's orders. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.